**Order filed April 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01086-CV

_____

**SHERRY APRIL GARY, Appellant**

**V.**

**MARVIN GARY, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-15599**

---

## ORDER

The notice of appeal in this case was filed December 11, 2015. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On March 16, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before May 4, 2016. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM